UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Barton Goodwin                       :        Chapter 13
Debtor                                  :

                                                 Case No. 15-17179-jkf
                                               :

_____

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 20 days have elapsed from the date of service of the Notice of Filing of an Application for Allowance of Counsel Fees and that no creditor or any other party of interest has served upon counsel for debtor an answer, objection, responsive pleading or request for hearing. Counsel requests an entry of an Order granting the said Application.

                                                          **BY:** /s/ Michael P. Kutzer
                                                          **Michael P. Kutzer, ESQ.**
                                                          1420 Walnut St. Suite 800
                                                          Philadelphia, PA. 19102
                                                          (215) 687-6370
                                                          (215) 546-0787 fax

August 2, 2016