UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Barton Goodwin        :    Chapter 13
Debtor                            :

                                  :    Case No. 15-17179-jkf

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,000.00 |
| Total expense cost: | $ |
| Attorney fee already paid by Debtor: | $ 550.00 |
| Net amount to be paid by Trustee: | $ 2,450.00 |

The net amount is to be paid by the trustee to Michael P. Kutzer, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE Jean K. FitzSimon
UNITED STATES BANKRUPTCY JUDGE

8/4/16