*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Barton Goodwin
    Debtor(s)

Case No: 15–17179–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 5452 Stewart Street a/k/a 5452 Merion Avenue, Philadelphia, PA 19131. Fee Amount $181.00, Filed by U.S. BANK NATIONAL ASSOCIATION, Et Al… Represented by REBECCA ANN SOLARZ

on: 10/31/17

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/5/17

Timothy B. McGrath
Clerk of Court

45 – 37
Form 167